MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:25-MJ-00013-CDB |
|---|---|
| Plaintiff, | ORDER TO STAY RELEASE ORDER |
| v. | |
| AARON HERNANDEZ-SANCHEZ, | |
| Defendant. | |

For good cause shown, the defendant's pretrial release order issued in this case by a United States Magistrate Judge on May 15, 2025, is stayed pending this Court's resolution of the government's motion to revoke.

IT IS SO ORDERED.

Dated:   **May 16, 2025**

_[signature: Jennifer L. Thurston]_
UNITED STATES DISTRICT JUDGE

1